IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISHMAEL A. BURK,<br>　　*Plaintiff*, | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 21-CV-3969 |
| KENNETH M EASON, *et al.*,<br>　　*Defendants*. | : <br> : | |

## ORDER

AND NOW, this 15th day of September, 2021, upon consideration of Plaintiff Ishmael A. Burk's Motion to Proceed *In Forma Pauperis* (ECF No. 2), Prisoner Trust Fund Account Statement (ECF No. 3), and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

　　1.　　Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

　　2.　　Ishmael A. Burk, # NH-0208, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI-Chester or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Burk's inmate account; or (b) the average monthly balance in Burk's inmate account for the six-month period immediately preceding the filing of this case.  The Superintendent of SCI-Chester or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case.  In each succeeding month when the amount in Burk's inmate trust fund account exceeds $10.00, the Superintendent of SCI-Chester or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the

preceding month's income credited to Burk's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is directed to **SEND** a copy of this Order to the Superintendent of SCI-Chester.

4. The Complaint is **DEEMED** filed.

5. For the reasons stated in the Court's Memorandum, Burk's claims seeking money damages against all Defendants in their official capacities are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

6. The Clerk of Court is directed to **SEND** Burk a blank copy of the Court's standard form complaint for prisoners to use to file a complaint bearing the above civil action number.[1]

7. Burk is given thirty (30) days to file an amended complaint in the event he can allege plausible claims for money damages against the Defendants in their individual capacities.  Any amended complaint shall identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, shall state the basis for Burk's claims against each defendant, and shall bear the title "Amended Complaint" and the case number 21-3969.  If Burk files an amended complaint, his amended complaint must be a complete document that includes **all** of the bases for Burk's claims, including claims that the Court has not yet dismissed if he seeks to proceed on those claims.  **Claims that are not included in**

---

[1] This form is available on the Court's website at
http://www.paed.uscourts.gov/documents/forms/frmc1983f.pdf.

**the amended complaint will not be considered part of this case.** When drafting his amended complaint, Burk should be mindful of the Court's reasons for dismissing his claims as explained in the Court's Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

8. If Burk does not file an amended complaint the Court will direct service of his initial Complaint on all Defendants to file a responsive pleading to his claim for prospective injunctive relief only. Burk may also notify the Court that he seeks to proceed on these claims only rather than file an amended complaint. If he files such a notice, Burk is reminded to include the case number for this case, 21-3969.

9. The time to serve process under Federal Rule of Civil Procedure 4(m) is **EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are issued.

                                          **BY THE COURT:**

                                          */s/ Gerald J. Pappert*
                                          **GERALD J. PAPPERT, J.**